**James Abbatoir Rendering Company, appellee, v. Norris Kaplan, appellant. Gen. No. 28,931.**

Action for fraud and deceit. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Edward D. Shurtleff, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1923. Affirmed. Opinion filed December 24, 1924. Rehearing denied January 6, 1925. *Certiorari* denied by Supreme Court (making opinion final).

George B. Cohen and A. H. Cohen, for appellant. A. Edward Aberman, for appellee.

Mr. Justice Thomson delivered the opinion of the court.

---

**Ideal Tool & Manufacturing Company, appellee, v. J. Wadsworth Staff, appellant. Gen. No. 28,956.**

Action on a trade acceptance. Judgment for plaintiff. See 237 Ill. App., *post.* Appeal from the Municipal Court of Chicago; the Hon. Charles A. Williams, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1923. Affirmed. Opinion filed December 24, 1924. *Certiorari* denied by Supreme Court (making opinion final).

Joel C. Carlson, for appellant. Herbert Bebb, for appellee; John A. Russell, of counsel.

Mr. Justice Thomson delivered the opinion of the court.

---

**Henry W. Pollock, trustee in bankruptcy of the estate of the Borenco Importing Corporation, appellee, v. Midland Hat Company, appellant. Gen. No. 28,968.**

Action for breach of contract for the sale of merchandise. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. William N. Gemmill, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1923. Affirmed. Opinion filed December 24, 1924.

Frank Schoenfeld, for appellant. Moses, Rosenthal & Kennedy, for appellee; Herbert H. Kennedy, of counsel.

Mr. Justice Thomson delivered the opinion of the court.

---

**Emma Carter, appellee, v. Addison Blakely, appellant. Gen. No. 28,993.**

Action of forcible entry and detainer. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Hosea W. Wells, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1923. Affirmed. Opinion filed December 24, 1924.

Hugh O'Neill, for appellant. Defrees, Buckingham & Eaton, for appellee; Don Kenneth Jones, of counsel.

Mr. Justice Thomson delivered the opinion of the court.